MARGARET AUSTIN, Individually and as Administratrix of the Estate of MICHAEL AUSTIN, Deceased, Respondent, v

KENNETH GLOWACKI et al., Individually and Doing Business as KAY-JAY'S REMODELING, Appellants. (And 57 Other Actions.) (Appeal No. 40.) (Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.